[No. 12733–1–I.   Division One.   September 3, 1985.]

*In the Matter of the Marriage of* BARBARA J.
MCADAMS, *Respondent, and* ROBERT
L. MCADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–06863–0, Norman W. Quinn, J., and Stephen M. Gaddis, J. Pro Tem., entered December 20, 1982. *Dismissed* by unpublished opinion per Scholfield, A.C.J., concurred in by Webster and Green, JJ.

[No. 14155–4–I.   Division One.   September 3, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* WINTON
ELGENE ZIMMERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02101–1, Liem E. Tuai, J., entered December 5, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 12843–4–I.   Division One.   September 3, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* JOE
BURNS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02076–8, Richard M. Ishikawa, J., entered February 2, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Williams, J.